# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00163-CV

**In re LTD Material, LLC**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's denial of its motion to compel discovery. Having reviewed the petition and the record, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed: March 26, 2015